Submitted August 28, 2009, affirmed May 19, 2010

DAVID RYSTEDT,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A134029

231 P3d 801

Andy Simrin filed the opening brief for petitioner. Peter Gartlan, Chief Defender, and Carolyn Bys, Deputy Public Defender, Appellate Division, Office of Public Defense Services, filed the supplemental brief.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Jeremy C. Rice, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM